# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CARMEN ROSARIO,

          Petitioner

       v.

WORKERS' COMPENSATION APPEAL
BOARD (ALLIED PERSONAL
SERVICES),

          Respondents

: No. 214 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.